**BINGHAM McCUTCHEN LLP**
TRENTON H. NORRIS, CBN 164781, trent.norris@bingham.com
JASON A. YURASEK, CBN 202131, jason.yurasek@bingham.com
SIVAN GAI, CBN 224152, sivan.gai@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Plaintiffs
REARDEN LLC; REARDEN PRODUCTIONS, LLC; REARDEN STUDIOS, LLC; REARDEN, INC.; and REARDEN PROPERTIES, LLC

**GREENBERG TRAURIG, LLP**
KENNETH S. KOREA, CBN 200060, koreak@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, CA 94304
Telephone: 650.289.8500
Facsimile: 650.328.8508
RICHARD D. HARRIS (*pro hac vice* application pending), harrisr@gtlaw.com
HERBERT H. FINN (*pro hac vice* application pending), finnh@gtlaw.com
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435

Attorneys for Defendant
REARDEN COMMERCE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Case 3:06-cv-07367-MJJ   Document 24   Filed 01/19/2007   Page 1 of 3

## SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, a California limited liability company; REARDEN PRODUCTIONS, LLC; a California limited liability company; REARDEN STUDIOS, LLC; a California limited liability company; REARDEN, INC., a California corporation; and REARDEN PROPERTIES, LLC; a California limited liability company, <br><br>Plaintiffs, <br><br>v. <br><br>REARDEN COMMERCE, INC., a California corporation, and DOES 1 through 150, inclusive, <br><br>Defendants. | No.: 06-7367 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

SF/21698348.4

1   Plaintiffs Rearden LLC; Rearden Productions, LLC; Rearden Studios, LLC;
2   Rearden, Inc.; and Rearden Properties, LLC (collectively "Rearden") and Defendant Rearden
3   Commerce, Inc. ("Rearden Commerce") **STIPULATE AND AGREE** as follows:
4       a.   Rearden Commerce, its officers, directors, agents, servants,
5   employees and attorneys, and all persons acting under Rearden Commerce's
6   direction or with Rearden Commerce's approval (collectively "REARDEN
7   COMMERCE ET AL") shall not assert in any forum, public or private, that
8   Rearden Commerce has a registered trademark for the term "Rearden
9   Commerce," unless and until such term is indeed officially registered by the U.S.
10  Patent & Trademark Office in the name of Rearden Commerce, or any entity
11  serving as an affiliate, subsidiary, and/or successor-in-interest to Rearden
12  Commerce. REARDEN COMMERCE ET AL can disclose whether the
13  trademark or service mark "Rearden Commerce" is registered in any other forum
14  other than the USPTO (such as the Trademark Office of any State or foreign
15  country) as long as it expressly identifies with that representation the State or
16  foreign country for which registration has issued.
17  Case 3:06-cv-07367-MJJ   Document 24   Filed 01/19/2007   Page 2 of 3   b.   REARDEN COMMERCE ET AL shall not assert, in any forum,
18  public or private, that Rearden Commerce has a registered trademark for the term
19  "Rearden Commerce.com," unless and until such term is indeed officially
20  registered by the U.S. Patent & Trademark Office in the name of Rearden
21  Commerce, or any entity serving as an affiliate, subsidiary, and/or successor-in-
22  interest to Rearden Commerce. REARDEN COMMERCE ET AL can disclose
23  whether the trademark or service mark "Rearden Commerce.COM" is registered
24  in any other forum other than the USPTO (such as the Trademark Office of any
25  State or foreign country) as long as it expressly identifies with that representation
26  the State or foreign country for which registration has issued.
27      c.   The hearing set for January 23, 2007, at 9:30 a.m. on Rearden's
28  Motion for Preliminary Injunction, which was filed on November 30, 2006, is

SF/21698348.4

STIPULATION AND [▬▬▬] ORDER RE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1     vacated as moot.

2     GOOD CAUSE APPEARING, IT IS SO ORDERED.

3 DATED: January 22, 2007

                                                              The Honorable Martin J. Jenkins
                                                               United States District Court
                                                              Northern District of California

8
9 DATED: January 19, 2007        BINGHAM McCUTCHEN LLP

11 By: _____
12                                         Trenton H. Norris
                                        Attorneys for Plaintiffs
13                           Rearden LLC; Rearden Productions, LLC;
                          Rearden Studios, LLC; Rearden, Inc.; and
14                                       Rearden Properties, LLC

15 DATED: January 19, 2007       GREENBERG TRAURIG, LLP

17    Case 3:06-cv-07367-MJJ    Document 24   Filed 01/19/2007   Page 3 of 3
By: _____
18                                         Herbert H. Finn
                                      Attorneys for Defendant
19                                       Rearden Commerce, Inc.

SF/21698348.4/                             2

STIPULATION AND [▒▒▒▒▒▒] ORDER RE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION