Kenneth S. Korea (CA State Bar No. 200060)
koreak@gtlaw.com
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94304
Telephone:  650-289-8500
Facsimile:  650-328-8508

Richard D. Harris  (*admitted pro hac vice*)
harrisr@gtlaw.com
Herbert H. Finn  (*admitted pro hac vice*)
finnh@gtlaw.com
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
Telephone:  312-456-8400
Facsimile:   312-456-8435

**Attorneys for Defendant
REARDEN COMMERCE, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, et al., | Case No.  C 06-7367 MJJ |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| REARDEN COMMERCE, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rules 7-12 and 16-10, Plaintiffs Rearden LLC, Rearden Productions, LLC, Rearden Studios, LLC, Rearden, Inc., Rearden Properties and Defendant Rearden Commerce, Inc. stipulate as follows and respectfully request that the Court enter the following Proposed Order:

1  WHEREAS the Case Management Conference in this matter is set for March 6, 2007 at
2  2:00 p.m.;

3  WHEREAS lead trial counsel for Defendant Rearden Commerce, Inc., Richard D. Harris
4  of Greenberg Traurig, LLP ("Greenberg Traurig"), is a resident in Chicago, Illinois;

5  WHEREAS Richard D. Harris, as lead trial counsel, is required under Local Rule to
6  appear at the Case Management Conference, however, Mr. Harris has a scheduling conflict
7  wherein he is preparing for and traveling in advance to Baton Rouge, Louisiana for a patent claim
8  construction hearing culminating on March 9, 2007;

9  WHEREAS, the travel required between San Francisco, New Orleans and Baton Rouge
10  simply does not permit lead trial counsel, Mr. Harris, to be in personal attendance at the Case
11  Management Conference on March 6th.  Furthermore, in view of the Court's normal calendar for
12  holding such Case Management Conferences, namely only on Tuesdays, upcoming religious
13  holidays and counsel's prior commitments, the next earliest Tuesday on which Mr. Harris is
14  available is April 10, 2007;

15  WHEREAS counsel for Plaintiffs, Bingham McCutchen LLP, indicates its intent to appear
16  in person at the Case Management Conference;

17  WHEREAS Plaintiffs have agreed to continuing the Case Management Conference until
18  the next available date on or after April 10, 2007 so long as: 1) the Parties exchange Initial
19  Disclosures on February 27, 2007, as previously agreed by the parties and 2) the Rule 26(f)
20  Report and Case Management Statement will be submitted to the Court no later than seven (7)
21  days before the rescheduled Case Management Conference; and

22  WHEREAS, the Parties have agreed to, and this Court has Ordered, Court sponsored
23  mediation -- which mediation shall occur no later than May 15, 2007.  Accordingly, should the
24  Court grant the requested extension, there should be no delay in the parties timely proceeding
25  with all aspects of the case including mediation.

26
27
28

Case No. C 06-7367 MJJ

2

1  IT IS HEREBY STIPULATED AND AGREED THAT, subject to Court approval, the
2  Case Management Conference currently scheduled for March 6, 2007 shall be continued until
3  May 8, 2007 at 2:00 pm.

Date: February 27, 2007                    BINGHAM McCUTCHEN, LLP

    /s/ Trenton H. Norris
Trenton H. Norris
Attorney for Plaintiffs
REARDEN LLC; REARDEN
PRODUCTIONS, LLC; REARDEN
STUDIOS, LLC; REARDEN, INC.; AND
REARDEN PROPERTIES

Date: February 27, 2007                    GREENBERG TRAURIG, LLP

    /s/ Kenneth S. Korea
Kenneth S. Korea
Attorney for Defendant
REARDEN COMMERCE, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date  03/01/07

MARTIN J. JENKINS

*[Seal: United States District Court, Northern District of California — signed Judge Martin J. Jenkins]*

<u>ATTESTATION CLAUSE</u>

I, Kenneth S. Korea, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Trenton H. Norris has concurred in this filing.

Date: February 27, 2007         GREENBERG TRAURIG LLP


By: <u>/s/ Kenneth S. Korea</u>
    Kenneth S. Korea