1  **BINGHAM McCUTCHEN LLP**
   TRENTON H. NORRIS, CBN 164781, trent.norris@bingham.com
2  JASON A. YURASEK, CBN 202131, jason.yurasek@bingham.com
   SIVAN GAI, CBN 224152, sivan.gai@bingham.com
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: 415.393.2000
   Facsimile: 415.393.2286
5
   Attorneys for Plaintiffs
6  REARDEN LLC; REARDEN PRODUCTIONS, LLC; REARDEN STUDIOS,
   LLC; REARDEN, INC.; and REARDEN PROPERTIES, LLC
7
   **GREENBERG TRAURIG, LLP**
8  KENNETH S. KOREA, CBN 200060, koreak@gtlaw.com
   1900 University Avenue, 5th Floor
9  East Palo Alto, CA 94304
   Telephone: 650.328.8500
10 Facsimile: 650.328.8508
   RICHARD D. HARRIS (admitted *pro hac vice*), harrisr@gtlaw.com
11 HERBERT H. FINN (admitted *pro hac vice*), finnh@gtlaw.com
   77 West Wacker Drive, Suite 2500
12 Chicago, IL 60601
   Telephone: 312.456.8400
13 Facsimile: 312.456.8435

14 Attorneys for Defendant
   REARDEN COMMERCE, INC.

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

19

| | |
|---|---|
| REARDEN LLC, a California limited liability company; REARDEN PRODUCTIONS, LLC; a California limited liability company; REARDEN STUDIOS, LLC; a California limited liability company; REARDEN, INC., a California corporation; and REARDEN PROPERTIES, LLC; a California limited liability company, | No.: 06-7367 MJJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE MEDIATION DEADLINE**<br><br>Hon. Martin J. Jenkins |
| Plaintiffs, | |
| v. | |
| REARDEN COMMERCE, INC., a California corporation, and DOES 1 through 150, inclusive, | |
| Defendants. | |

SF/21710277.2/2024455-2244550900                                Case No. 06-7367 MJJ

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE MEDIATION DEADLINE

Pursuant to A.D.R. Local Rule 6-5 and Civil Local Rule 7-12, Plaintiffs Rearden LLC; Rearden Productions, LLC; Rearden Studios, LLC; Rearden, Inc.; and Rearden Properties, LLC (collectively "Plaintiffs") and Defendant Rearden Commerce, Inc. ("Defendant") **STIPULATE AND AGREE** that the Court may enter the following order:

1. On February 14, 2007, the Court entered an Order, pursuant to the parties' stipulation, referring the parties to mediation and setting a deadline for the mediation to occur within 90 days of the Order.

2. On March 5, 2007, the Court notified the parties and counsel that Debra L. Mellinkoff had been assigned to the case.

3. On March 13, 2007, Ms. Mellinkoff and the parties participated in a phone conference in which they mutually agreed to set the mediation for May 7, 2007 at the neutral location of Four Embarcadero Business Center.

4. Defendant served its First Request for the Production of Documents and First Request for Interrogatories such that Plaintiffs' responses would be due on April 16, 2007.

5. Plaintiffs' advised Defendant of the death of the father-in-law of Mr. Steve Perlman, CEO and principal of Plaintiffs, as well as Plaintiffs' desire to seek an extension of time to respond to Defendant's discovery beyond the April 16, 2007 due date.

6. Defendant advised Plaintiff that it did not object to a two-week extension with respect to the discovery responses, but that Defendant would need to reschedule the mediation to a date after documents had been exchanged, to afford each side an opportunity to review them for the mediation. This was conditioned on the availability of Ms. Mellinkoff, counsel, and the parties' respective CEOs in June.

7. On April 18, 2007, pursuant to the parties' agreement, and based upon all parties' availability, Ms. Mellinkoff rescheduled the mediation for June 6, 2007, commencing at 10:00 a.m.

8. Accordingly, all parties concur in the request that the Court extend the deadline for conducting the mediation, after initial discovery, and set a new deadline of June 6, 2007, the date on which the parties agree to reset the mediation.

1  **IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD:

2

3  DATED: April 20, 2007                    BINGHAM McCUTCHEN LLP

4

5                                           By: _____/s/_____
                                                 Trenton H. Norris
6                                                Attorneys for Plaintiffs
                                                 Rearden LLC; Rearden Productions,
7                                                LLC; Rearden Studios, LLC; Rearden,
                                                 Inc.; and Rearden Properties, LLC
8
9  DATED: April 20, 2007                    GREENBERG TRAURIG, LLP

10

11                                          By: _____/s/_____
                                                 Herbert H. Finn
12                                               Attorneys for Defendant
                                                 Rearden Commerce, Inc.
13

14

15  PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

16

17  DATED: ___April 24, 2007_____          _____[signature]_____
                                                 The Honorable Martin J. Jenkins
18                                               United States District Court
                                                 Northern District of California
19

20

21

22

23

24

25

26

27

28

SF/21710277.2/2024455-2244550900           2                        Case No. 06-7367 MJJ
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE MEDIATION DEADLINE