| | |
|---|---|
| TRENTON H. NORRIS (SBN 164781) | Daniel T. McCloskey (CA State Bar No. 191944) |
| DANIEL A. FELDSTEIN (SBN 209364) | Email: mccloskeyd@gtlaw.com |
| RACHEL L. CHANIN (SBN 229253) | GREENBERG TRAURIG LLP |
| MAZEN M. BASRAWI (SBN 235475) | 1900 University Avenue, 5th Floor |
| BINGHAM McCUTCHEN LLP | East Palo Alto, CA 94304 |
| Three Embarcadero Center | Telephone: 650-289-8500 |
| San Francisco, CA 94111-4067 | Facsimile: 650-328-8508 |
| Telephone: 415.393.2000 | |
| Facsimile: 415.393.2286 | Richard D. Harris (admitted *pro hac vice*) |
| Email: trent.norris@bingham.com | E-mail: harrisr@gtlaw |
| | Herbert H. Finn (admitted *pro hac vice*) |
| JASON A. YURASEK (SBN 2021231) | finnh@gtlaw.com |
| PERKINS COIE LLP | Kevin J. O'Shea (admitted *pro hac vice*) |
| Four Embarcadero Center, Suite 2400 | osheak@gtlaw.com |
| San Francisco, CA 94111 | GREENBERG TRAURIG LLP |
| Telephone: (415) 344-7021 | 77 West Wacker Drive |
| Facsimile: (415) 344-7050 | Suite 2500 |
| Email: JYurasek@PerkinsCoie.com | Chicago, IL 60601 |
| | Telephone: 312-456-8400 |
| Attorneys for Plaintiffs | Facsimile: 312-456-8435 |
| Rearden LLC; Rearden Productions, LLC; | |
| Rearden Studios, LLC; Rearden, Inc.; and | Attorneys for Defendant Rearden Commerce, |
| Rearden Properties, LLC | Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, a California limited liability company; REARDEN PRODUCTIONS, LLC, a California limited liability company; REARDEN STUDIOS, LLC, a California limited liability company; REARDEN, INC., a California corporation; and REARDEN PROPERTIES, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>REARDEN COMMERCE, INC., a California corporation; and DOES 1 through 150, inclusive,<br><br>Defendant. | No. 06-7367 MJJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULE**<br><br>Judge: Martin J. Jenkins<br>Date:<br>Time: 9:30 a.m.<br>Courtroom: 11 |

CASE NO.: 06-7367 MJJ

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULE

*CHI 56851320v1 11/6/2007*

1        Plaintiffs Rearden LLC, Rearden Productions, LLC, Rearden Studios, LLC, Rearden, Inc., and Rearden Properties, LLC (collectively, "Plaintiffs") and Defendant Rearden Commerce, Inc. ("Defendant") jointly request the Court to amend the case schedule to provide additional time to complete fact and expert discovery, while maintaining the previously set trial date.  In support of this Stipulation, Plaintiffs and Defendant state as follows:

1.      The Court entered on May 11, 2007, the Pretrial Order setting forth a schedule pursuant to which the trial date is set for June 16, 2008 and the pretrial conference date is set for June 10, 2008.  (Docket No. 38.)  Pursuant to the Pretrial Order, the fact discovery cutoff is November 30, 2007, and the expert discovery cutoff is January 25, 2008.  (*Id.*)

2.      The parties conducted a single day mediation session on June 6, 2007.  (Docket No. 41.)

3.      The Court entered on August 24, 2007, a Protective Order for confidential information. (Docket No. 70.)

4.      The parties have been engaged in discovery, including producing non-confidential and confidential documents, propounding and responding to written discovery (including subpoenas for documents and depositions to third parties), and noticing depositions.

5.      The parties are now in the initial stages of scheduling fact depositions, including third party fact depositions.  Based on the number of depositions and the schedules of everyone involved, most importantly the witnesses, as well as the parties' need to supplement their discovery responses, including production of additional documents and supplemental written discovery responses, the parties respectfully request that the Pretrial Order be amended to allow for additional time to complete fact and expert discovery.  Attached to this Stipulation as Exhibit A is a chart setting forth the existing dates from the Pretrial Order and the parties' proposed amended dates.  As this chart shows, the parties are not requesting any change to the trial date and the pretrial conference date, or any of the dates that are related to those dates.

6.      In addition to the dates set forth in Exhibit A, the parties have agreed to not serve any additional written discovery or third-party discovery after November 14, 2007, so that such discovery can be responded to without the need to further amend the case schedule.  The parties

1  are not requesting any amendment to the discovery limits set forth in the original Pretrial Order.

2        7.      The parties have also agreed that the mere fact of Plaintiffs' entering into this
3  Stipulation and approaching the Court for this extension shall not be used as an admission
4  against Plaintiffs' request for injunctive relief.  The parties' agreement does not however prevent
5  Defendant from raising Plaintiffs' other actions or inactions related to the case.

6        WHEREFORE, Plaintiffs and Defendant jointly request the Court to enter an Amended
7  Pretrial Order adopting the following schedule:

8        a.      Trial Date:  **June 16, 2008;**
9        b.      Trial Length is estimated to be **4-5 days** and a jury has been requested by
10             the parties;
11       c.      Pretrial Conference Date:  **June 10, 2008;**
12       d.      Non-Expert Discovery Cutoff:  **January 11, 2008;**
13       e.      Designation of Experts:  **January 11, 2008;**
14       f.      Opening Expert Reports:  **January 25, 2007;**
15       g.      Designation of Rebuttal Experts:  **February 18, 2008;**
16       h.      Supplemental/Rebuttal Expert Reports:  **February 18, 2008;**
17       i.      Expert Discovery Cutoff:  **March 7, 2008;**
18       j.      Dispositive Motions Heard By:  **Tuesday, April 15, 2008;** and
19       k.      Settlement Conference shall be held before **Magistrate Edward M. Chen**
20             and scheduled to take place **May, 2008.**

21
22
23
24
25
26
27
28

1  DATED: November 6, 2007

3  BINGHAM McCUTCHEN LLP                GREENBERG TRAURIG LLP

4  By:  /s/ Trenton H. Norris           By:  /s/ Richard D. Harris
        Trenton H. Norris                    Richard D. Harris (admitted *pro hac vice*)
5                                            Herbert H. Finn (admitted *pro hac vice*)
                                             Kevin J. O'Shea (amitted *pro hac vice*)

        Attorneys for Defendant
7  PERKINS COIE LLP                     *REARDEN COMMERCE, INC.*

8  By:  /s/ Jason A. Yurasek
        Jason A. Yurasek

10      Attorneys for *Plaintiffs Rearden
        LLC; Rearden Productions,
11      LLC; Rearden Studios, LLC;
        Rearden, Inc.; and Rearden
        Properties, LLC*

13      I hereby attest that I have been authorized by counsel to execute on their behalf this

14 Stipulation And [Proposed] Order to Amend the Case Schedule.

15      Executed on this 6th day of November, 2007 at East Palo Alto, California.

                                              /s/ Daniel T. McCloskey
                                              Daniel T. McCloskey

18 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

20 Dated:  11/06/07
                                              HON. MARTIN J. JENKINS
                                              UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signature of Judge Martin J. Jenkins]*

**EXHIBIT A TO PARTIES' JOINT MOTION
TO AMEND THE CASE SCHEDULE**

| Event | Existing Date | Proposed Amended Dates |
|---|---|---|
| **Fact Discovery Cut-off** | November 30, 2007 | January 18, 2008 |
| **Designation of Experts** | December 7, 2007 | January 11, 2007 |
| **Opening Expert Reports** | December 21, 2007 | January 25, 2007 |
| **Designation of Supplemental/Rebuttal Experts and Service of Reports** | January 11, 2008 | February 18, 2008 |
| **Expert Discovery Cut-off** | January 25, 2008 | March 7, 2008 |
| **Dispositive Motions Filed** | February 10, 2008 | March 11, 2008 |
| **Dispositive Motions Heard** | March 18, 2008 | April 15, 2008 |
| **Settlement Conference** | May, 2008 | May, 2008 |
| **Pretrial Statement (20 calendar days before Pretrial Conf.)** | May 21, 2008 | May 21, 2008 |
| **Jury Instructions (20 calendar days before Pretrial Conf.)** | May 21, 2008 | May 21, 2008 |
| **Motions in Limine (10 court days before Pretrial Conf.)** | May 27, 2008 | May 27, 2008 |
| **List of Exhibits With Stips and Objections (10 court days before Pretrial Conf.)** | May 27, 2008 | May 27, 2008 |

| Event | Existing Date | Proposed Amended Dates |
|---|---|---|
| **Objections to Other Evidence (10 court days before Pretrial Conf.)** | May 27, 2008 | May 27, 2008 |
| **Proposed Voir Dire and Verdict Forms (10 court days before Pretrial Conf.)** | May 27, 2008 | May 27, 2008 |
| **Objections to Jury Instructions (10 calendar days before Pretrial Conf.)** | May 30, 2008 | May 30, 2008 |
| **Pretrial Conference** | June 10, 2008 | June 10, 2008 |
| **Preliminary Instructions/Statement to be Read to the Jury (one week before trial)** | June 9, 2008 | June 9, 2008 |
| **One Set of Exhibits Submitted to the Court (one week before trial)** | June 9, 2008 | June 9, 2008 |
| **Trial** | June 16, 2008 | June 16, 2008 |