| | |
|---|---|
| JASON A. YURASEK (SBN 202131) | DANIEL T. MCCLOSKEY (SBN 191944) |
| Email: jyurasek@perkinscoie.com | Email: mccloskeyd@gtlaw.com |
| PERKINS COIE LLP | DAVID J. PEREZ (SBN 238136) |
| Four Embarcadero Center, Suite 2400 | Email: perezdj@gtlaw.com |
| San Francisco, CA 94111 | GREENBERG TRAURIG LLP |
| Telephone: (415) 344-7021 | 1900 University Avenue, 5th Floor |
| Facsimile: (415) 344-7050 | East Palo Alto, CA 94304 |
| Email: JYurasek@PerkinsCoie.com | Telephone: 650-289-8500 |
| | Facsimile: 650-328-8508 |
| RONALD J. JOHNSTON (SBN 57418) | RICHARD D. HARRIS (admitted *pro hac vice*) |
| Email: ronald.johnston@aporter.com | Email: harrisr@gtlaw |
| TRENTON H. NORRIS (SBN 164781) | HERBERT H. FINN (admitted *pro hac vice*) |
| Email: trent.norris@aporter.com | Email: finnh@gtlaw.com |
| RACHEL L. CHANIN (SBN 229253) | KEVIN J. O'SHEA (admitted *pro hac vice*) |
| Email: rachel.chanin@aporter.com | Email: osheak@gtlaw.com |
| ARNOLD & PORTER LLP | JAMES J. LUKAS, Jr. (admitted *pro hac vice*) |
| 90 New Montgomery Street, Suite 600 | Email: lukasj@gtlaw.com |
| San Francisco, CA 94105 | GREENBERG TRAURIG LLP |
| | 77 West Wacker Drive |
| Attorneys for Plaintiffs | Suite 2500 |
| Rearden LLC; Rearden Productions LLC; | Chicago, IL 60601 |
| Rearden Studios LLC; Rearden, Inc.; and | Telephone: 312-456-8400 |
| Rearden Properties LLC | Facsimile: 312-456-8435 |
| | |
| | Attorneys for Defendant Rearden Commerce, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, a California limited liability company; REARDEN PRODUCTIONS LLC, a California limited liability company; REARDEN STUDIOS LLC, a California limited liability company; REARDEN, INC., a California corporation; and REARDEN PROPERTIES LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>REARDEN COMMERCE, INC., a California corporation; and DOES 1 through 150, inclusive,<br><br>Defendant. | No.: C 06-07367 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE DATE AND SETTLEMENT CONFERENCE STATEMENTS** |

1       IT IS HEREBY STIPULATED, by and between Plaintiffs Rearden LLC, Rearden Productions LLC, Rearden Studios LLC, Rearden, Inc., and Rearden Properties LLC (collectively, "Plaintiffs") and Defendant Rearden Commerce, Inc., ("Defendant") (referred to collectively herein as the "Parties"), by and through their attorneys of record, as follows:

5       Whereas, the Parties have filed motions for summary judgment, which motions are to be heard on August 4, 2008;

7       Whereas, the Settlement Conference in this case is presently set for June 26, 2008;

8       Whereas, the Parties wish to continue the date currently set for the Settlement Conference to August 21, 2008, after the hearing on the Parties' motions for summary judgment;

10       Whereas, the Parties have been informed that this date is available and acceptable to the Court for holding the Settlement Conference Statement;

12       NOW THEREFORE, the Parties stipulate and request that this Court enter an Order that:

13       1.     The Settlement Conference presently set for June 26, 2008 in this case be continued to August 21, 2008;

15       2.     The Parties shall lodge Settlement Conference Statements with Magistrate Judge Edward M. Chen on August 7, 2008;

17       3.     All other requirements set forth in the Notice of Settlement Conference and Settlement Conference Order, Dkt. No. 95, are applicable.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE DATE AND SETTLEMENT CONFERENCE STATEMENTS; CASE NO. 06-7367 MHP

**STIPULATED AND AGREED BY:**

DATED: June 12, 2008

| ARNOLD & PORTER LLP | GREENBERG TRAURIG LLP |
|---|---|
| By: /s/ Monty Agarwal<br>     Monty Agarwal | By: /s/ Kevin J. O'Shea<br>     Kevin J. O'Shea (admitted *pro hac vice*)<br><br>Attorneys for Defendant<br>REARDEN COMMERCE, INC. |

PERKINS COIE LLP

By: /s/ Jason A. Yurasek
    Jason A. Yurasek

Attorneys for Plaintiffs
REARDEN LLC; REARDEN PRODUCTIONS LLC; REARDEN STUDIOS LLC; REARDEN, INC.; AND REARDEN PROPERTIES LLC

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING,

**IT IS SO ORDERED**.

DATED: June 16, 2008

*IT IS SO ORDERED*
*Judge Edward M. Chen*
United States Magistrate Judge

3

STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE DATE AND SETTLEMENT CONFERENCE STATEMENTS; CASE NO. 06-7367 MHP

## ATTESTATION CLAUSE

I, David Perez, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE DATE AND SETTLEMENT CONFERENCE STATEMENTS.  In compliance with General Order 45, X.B., I hereby attest that Monte Agarwal, Kevin J. O'Shea and  Jason A. Yurasek have concurred in this filing.

DATED: June 12, 2008.                          /s/ David Perez
                                               David Perez

4

STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE DATE AND SETTLEMENT CONFERENCE STATEMENTS; CASE NO. 06-7367 MHP