1  JASON A. YURASEK (SBN 202131)
   Email: jyurasek@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA 94111
   Telephone: (415) 344-7021
4  Facsimile: (415) 344-7050
   Email: JYurasek@PerkinsCoie.com
5

6  RONALD J. JOHNSTON (SBN 57418)
   Email: ronald.johnston@aporter.com
7  TRENTON H. NORRIS (SBN 164781)
   Email: trent.norris@aporter.com
8  RACHEL L. CHANIN (SBN 229253)
   Email: rachel.chanin@aporter.com
9  ARNOLD & PORTER LLP
   90 New Montgomery Street, Suite 600
10 San Francisco, CA 94105

11 Attorneys for Plaintiffs
   Rearden LLC; Rearden Productions LLC;
12 Rearden Studios LLC; Rearden, Inc.; and
   Rearden Properties LLC

   DANIEL T. MCCLOSKEY (SBN 191944)
   Email: mccloskeyd@gtlaw.com
   GREENBERG TRAURIG LLP
   1900 University Avenue, 5th Floor
   East Palo Alto, CA 94304
   Telephone: 650-289-8500
   Facsimile: 650-328-8508

   RICHARD D. HARRIS (admitted *pro hac vice*)
   Email: harrisr@gtlaw
   HERBERT H. FINN (admitted *pro hac vice*)
   Email: finnh@gtlaw.com
   KEVIN J. O'SHEA (admitted *pro hac vice*)
   Email: osheak@gtlaw.com
   GREENBERG TRAURIG LLP
   77 West Wacker Drive
   Suite 2500
   Chicago, IL 60601
   Telephone: 312-456-8400
   Facsimile: 312-456-8435

   Attorneys for Defendant Rearden Commerce,
   Inc.

13

14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

18 REARDEN LLC, a California limited liability      No.: C 06-07367 MHP
   company; REARDEN PRODUCTIONS LLC, a
19 California limited liability company; REARDEN    **STIPULATION AND [PROPOSED]**
   STUDIOS LLC, a California limited liability      **ORDER REGARDING THE**
20 company; REARDEN, INC., a California             **BRIEFING SCHEDULE FOR**
   corporation; and REARDEN PROPERTIES LLC,         **SUMMARY JUDGMENT MOTIONS**
21 a California limited liability company,

22             Plaintiffs,                          Hon. Marilyn H. Patel

23        v.

24 REARDEN COMMERCE, INC., a California
   corporation; and DOES 1 through 150, inclusive,
25

26             Defendant.

27

28

1    **WHEREAS,** each of Plaintiffs and Defendant have filed a Motion for Summary

2    Judgment with the Court;

3    **WHEREAS**, the Court has previously set a briefing and hearing schedule relative to the

4    Summary Judgment Motions filed by Plaintiffs and Defendants;

5    **WHEREAS**, the parties have met and conferred in good faith and have agreed to extend

6    the briefing date for filing the Motion(s);

7    **WHEREAS**, the parties have consulted with the Court and confirmed that August 4,

8    2008 is available for hearing of the parties' respective Summary Judgment Motions;

9    **THEREFORE**, Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Civil

10   L.R. 6-2, it is hereby stipulated and agreed by and between the parties, through their counsel of

11   record, with good cause having been shown, the parties respectfully request that the Court amend

12   its prior scheduling Order as follows:

13         1)      Oppositions to Summary Judgment due on or before June 23, 2008;

14         2)      Replies in Support due on or before July 21, 2008;

15         3)      Should any party submit a declaration as part of summary judgment

16   briefing from an individual who has not yet been deposed in the case, that party will make the

17   declarant available for deposition relating to the topic(s) in his/her declaration within fifteen (15)

18   calendar days after submission of the declaration, or on such other reasonable date as the parties

19   agree or the Court orders; and

20         4)      Motions to be heard at 2:00 pm on August 4, 2008.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

**STIPULATED AND AGREED BY**:

DATED:  June 16, 2008

GREENBERG TRAURIG, LLP


By: */s/ Herbert H. Finn*
      Herbert H. Finn

Attorneys for Defendant


DATED: June 16, 2008

PERKINS COIE LLP


By: */s/ Jason A. Yurasek*
      Jason A. Yurasek

Attorneys for Plaintiffs


PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING,

**IT IS SO ORDERED:**


DATED: ___6/23/2008_____          By: _____

                                        Judge of the United States District Court
                                        for the Northern District of California

IT IS SO ORDERED

Judge Marilyn H. Patel

ATTESTATION CLAUSE

I, David Perez, am the ECF User whose ID and password are being used to file this

Stipulation and [Proposed] Order Regarding The Briefing Schedule for Summary Judgment

Motions.  In compliance with General Order 45, X.B., I hereby attest that Herbert H. Finn, and

Jason A. Yurask have concurred in this filing.

DATED: June 16, 2008          GREENBERG TRAURIG, LLP


By: */s/ David Perez*
      David Perez

3