1  JASON A. YURASEK (SBN 202131)
Email: jyurasek@perkinscoie.com
2  PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
3  San Francisco, CA 94111
Telephone: (415) 344-7021
4  Facsimile: (415) 344-7050
Email: JYurasek@PerkinsCoie.com
5

6  RONALD J. JOHNSTON (SBN 57418)
Email: ronald.johnston@aporter.com
7  TRENTON H. NORRIS (SBN 164781)
Email: trent.norris@aporter.com
8  RACHEL L. CHANIN (SBN 229253)
Email: rachel.chanin@aporter.com
9  ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
10  San Francisco, CA 94105

11  Attorneys for Plaintiffs
Rearden LLC; Rearden Productions LLC;
12  Rearden Studios LLC; Rearden, Inc.; and
Rearden Properties LLC
13

14

DANIEL T. MCCLOSKEY (SBN 191944)
Email: mccloskeyd@gtlaw.com
DAVID J. PEREZ (SBN 238136)
Email: perezdj@gtlaw.com
GREENBERG TRAURIG LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94304
Telephone: 650-289-8500
Facsimile: 650-328-8508

RICHARD D. HARRIS (admitted *pro hac vice*)
Email: harrisr@gtlaw
HERBERT H. FINN (admitted *pro hac vice*)
Email: finnh@gtlaw.com
KEVIN J. O'SHEA (admitted *pro hac vice*)
Email: osheak@gtlaw.com
JAMES J. LUKAS, Jr. (admitted *pro hac vice*)
Email: lukasj@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
Telephone: 312-456-8400
Facsimile: 312-456-8435

Attorneys for Defendant Rearden Commerce,
Inc.

15  UNITED STATES DISTRICT COURT

16  NORTHERN DISTRICT OF CALIFORNIA

17  SAN FRANCISCO DIVISION

18  REARDEN LLC, a California limited liability
company; REARDEN PRODUCTIONS LLC, a
19  California limited liability company; REARDEN
STUDIOS LLC, a California limited liability
20  company; REARDEN, INC., a California
corporation; and REARDEN PROPERTIES LLC,
21  a California limited liability company,

22        Plaintiffs,

23        v.

24  REARDEN COMMERCE, INC., a California
corporation; and DOES 1 through 150, inclusive,
25

26        Defendant.

27

28

No.: C 06-07367 MHP

**STIPULATION AND [PROPOSED]
ORDER REGARDING
SETTLEMENT CONFERENCE
DATE**

1    IT IS HEREBY STIPULATED, by and between Plaintiffs Rearden LLC, Rearden

2  Productions LLC, Rearden Studios LLC, Rearden, Inc., and Rearden Properties LLC

3  (collectively, "Plaintiffs") and Defendant Rearden Commerce, Inc., ("Defendant") (referred to

4  collectively herein as the "Parties"), by and through their attorneys of record, as follows:

5        Whereas, the Settlement Conference in this case is presently set for September 29, 2008;

6        Whereas, the Parties have submitted their respective Settlement Conference Statements

7  and met all other requirements set forth in the Notice of Settlement Conference and Settlement

8  Conference Order, Dkt. No. 95;

9        Whereas, the Parties wish to revise the date currently set for the Settlement Conference to

10  September 23, 2008, to accommodate the fact that Rosh Hashanah begins at sundown on

11  September 29, 2008;

12        Whereas, the Parties have been informed that September 23, 2008 is available and

13  acceptable to the Court for holding the Settlement Conference;

14        NOW THEREFORE, the Parties stipulate and request that this Court enter an Order that

15  the Settlement Conference presently set for September 29, 2008 in this case be revised to

16  September 23, 2008, beginning at 9:30 a.m.  All other requirements set forth in the Notice of

17  Settlement Conference and Settlement Conference Order, Dkt. No. 95, remain in effect.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   **STIPULATED AND AGREED BY:**

2   DATED:  August 22, 2008

3

4   ARNOLD & PORTER LLP                    GREENBERG TRAURIG LLP

5

6   By:_____/s/ Monty Agarwal_____    By:_____/s/ Kevin J. O'Shea_____
7        Monty Agarwal                              Kevin J. O'Shea (admitted *pro hac vice*)

                                          Attorneys for Defendant
8   PERKINS COIE LLP                       REARDEN COMMERCE, INC.

9   By:_____/s/ Jason A. Yurasek_____
10        Jason A. Yurasek

11  Attorneys for Plaintiffs
    REARDEN LLC; REARDEN
12  PRODUCTIONS LLC; REARDEN
    STUDIOS LLC; REARDEN, INC.; AND
13  REARDEN PROPERTIES LLC

14

15

16

17                          [~~PROPOSED~~] ORDER
18

19  PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING,

20  **IT IS SO ORDERED**.

21

22  DATED:____August 22, 2008_____

23                                        The Honorable M. Chen
                                          IT IS SO ORDERED    e Judge
24

25                                        Judge Edward M. Chen

26

27

28

                                    3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTESTATION CLAUSE

I, David Perez, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE DATE AND SETTLEMENT CONFERENCE STATEMENTS.  In compliance with General Order 45, X.B., I hereby attest that Monte Agarwal, Kevin J. O'Shea and Jason A. Yurasek have concurred in this filing.

DATED:  August 22, 2008.                    /s/ David Perez
                                                          David Perez

4