Shylah R. Alfonso, WSBar No. 33138
SAlfonso@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Pro Hac Vice Applicant as Attorney for Plaintiffs
Rearden LLC; Rearden Productions LLC; Rearden Studios LLC; Rearden, Inc.; and Rearden Properties LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, a California limited liability company; REARDEN PRODUCTIONS LLC, a California limited liability company; REARDEN STUDIOS LLC, a California limited liability company; REARDEN, INC., a California corporation; and REARDEN PROPERTIES LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>REARDEN COMMERCE, INC., a California corporation; and DOES 1 through 150, inclusive,,<br><br>Defendants. | Case No. 06-7367 MHP<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Shylah R. Alfonso, an active member in good standing of the bar of Washington State, whose business address and telephone number is:

Shylah R. Alfonso, WSBar No. 33138
SAlfonso@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: 10/16 , 2008

_____
United States Judge