1 | DOUGLAS L. HENDRICKS (SBN 83611), dhendricks@mofo.com
BRIAN L. LEVINE (SBN 246726), blevine@mofo.com
2 | MORRISON & FOERSTER LLP
425 Market Street
3 | San Francisco, California  94105-2482
Telephone: (415) 268-7000
4 | Facsimile: (415) 268-7522

5 | Attorneys for Plaintiffs

6 | DANIEL T. MCCLOSKEY (SBN 191944), mccloskeyd@gtlaw.com
DAVID J. PEREZ (SBN 238136), perezdj@gtlaw.com
7 | GREENBERG TRAURIG LLP
1900 University Avenue, 5th Floor
8 | East Palo Alto, California 94304
Telephone:  (650) 289-8500
9 | Facsimile:  (650) 328-8508

10 | RICHARD D. HARRIS (admitted *pro hac vice*), harrisr@gtlaw.com
HERBERT H. FINN (admitted *pro hac vice*), finnh@gtlaw.com
11 | KEVIN J. O'SHEA (admitted *pro hac vice*), osheak@gtlaw.com
JAMES J. LUKAS, JR. (admitted *pro hac vice*), lukasj@gtlaw.com
12 | GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 2500
13 | Chicago, Illinois 60601
Telephone:  (312) 456-8400
14 | Facsimile:  (312) 456-8435

15 | Attorneys for Defendants

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | SAN FRANCISCO DIVISION

| | |
|---|---|
| REARDEN LLC, a California limited liability company; REARDEN PRODUCTIONS LLC, a California limited liability company; REARDEN STUDIOS LLC, a California limited liability company; REARDEN, INC., a California corporation; and REARDEN PROPERTIES LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>REARDEN COMMERCE, INC., a California corporation, and DOES 1 through 150, inclusive,<br><br>Defendants. | Case No.   C 06-07367 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF JUDGMENT FOR PAYMENT OF COSTS UPON POSTING OF SUPERSEDEAS BOND**<br><br>Dept.:    Courtroom 15, 18th Floor<br>Before:  Hon. Marilyn H. Patel |

The parties, through their respective undersigned counsel, hereby stipulate pursuant to Local Rule 7-12 and Federal Rule of Civil Procedure 62(d) as follows:

WHEREAS, on July 2, 2010, the Court entered a Final Judgment in favor of Defendant Rearden Commerce, Inc., awarding Defendant costs (Dkt. 282);

WHEREAS, on July 17, 2010, Defendant submitted to the Court its bill of costs totaling $35,770.12 (Dkt. 283), which amount was not disputed by Plaintiffs;

WHEREAS, Plaintiffs have timely filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit (Dkt. 284);

WHEREAS, the parties have met and conferred and agreed upon the amount of supersedeas bond necessary to stay execution of Plaintiffs' payment of costs until the United States Court of Appeals for the Ninth Circuit decides Plaintiffs' appeal;

WHEREAS, pursuant to FRCP 62(d), the parties request the Court's approval of Plaintiffs' proposed supersedeas bond in the amount of $35,770.12;

IT IS HEREBY STIPULATED that:

Immediately upon the filing by Plaintiffs of a supersedeas bond in an amount of not less than $35,770.12, the judgment for costs in the amount of $35,770.12 shall be entered in favor of Defendant Rearden Commerce, payment of which to Defendant by Plaintiffs shall be stayed pursuant to FRCP 62(d), until the mandate is issued by the United States Court of Appeals for the Ninth Circuit.

Dated: August 20, 2010              MORRISON & FOERSTER LLP

                                    By:   /s/ Brian L. Levine
                                          BRIAN L. LEVINE
                                          Attorneys for Plaintiffs

Dated: August 20, 2010              GREENBERG TAURIG LLP

                                    By:   /s/ Kevin J. O'Shea
                                          KEVIN J. O'SHEA
                                          Attorneys for Defendants

STIPULATION TO STAY EXECUTION OF JUDGMENT FOR PAYMENT OF COSTS
UPON POSTING OF SUPERSEDEAS BOND, CASE NO. C06-07367 MHP
sf- 2886263

1

1   I, Brian L. Levine, am the ECF User whose ID and password are being used to file this
2   STIPULATION AND [PROPOSED] ORDER TO STAY EXECUTION OF JUDGMENT FOR
3   PAYMENT OF COSTS UPON POSTING OF SUPERSEDEAS BOND.  In compliance with
4   General Order 45, X.B., I hereby attest that Douglas L. Hendricks and Kevin O'Shea have
5   concurred in this filing.

6   Dated: August 20, 2010                                MORRISON & FOERSTER LLP

8                                                        By:   /s/ Brian L. Levine
                                                               BRIAN L. LEVINE
9
                                                         Attorneys for Plaintiffs

12   PURSUANT TO STIPULATION, IT IS SO ORDERED.
13   Dated:   8/23         , 2010

                                                         _____
15                                                       THE HONORABLE MARILYN H. PATEL
                                                         UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION TO STAY EXECUTION OF JUDGMENT FOR PAYMENT OF COSTS
UPON POSTING OF SUPERSEDEAS BOND, CASE NO. C06-07367 MHP
sf- 2886263

2