| | |
|---|---|
| 1 | DOUGLAS L. HENDRICKS (SBN 83611), dhendricks@mofo.com |
|   | BRIAN L. LEVINE (SBN 246726), blevine@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
|   | Telephone: (415) 268-7000 |
| 4 | Facsimile: (415) 268-7522 |
| 5 | Attorneys for Plaintiffs |
| 6 | DANIEL T. MCCLOSKEY (SBN 191944), mccloskeyd@gtlaw.com |
|   | DAVID J. PEREZ (SBN 238136), perezdj@gtlaw.com |
| 7 | GREENBERG TRAURIG LLP |
|   | 1900 University Avenue, 5th Floor |
| 8 | East Palo Alto, California 94304 |
|   | Telephone: (650) 289-8500 |
| 9 | Facsimile: (650) 328-8508 |
| 10 | RICHARD D. HARRIS (admitted *pro hac vice*), harrisr@gtlaw.com |
|   | HERBERT H. FINN (admitted *pro hac vice*), finnh@gtlaw.com |
| 11 | KEVIN J. O'SHEA (admitted *pro hac vice*), osheak@gtlaw.com |
|   | JAMES J. LUKAS, JR. (admitted *pro hac vice*), lukasj@gtlaw.com |
| 12 | GREENBERG TRAURIG LLP |
|   | 77 West Wacker Drive, Suite 2500 |
| 13 | Chicago, Illinois 60601 |
|   | Telephone: (312) 456-8400 |
| 14 | Facsimile: (312) 456-8435 |
| 15 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| REARDEN LLC, a California limited liability company; REARDEN PRODUCTIONS LLC, a California limited liability company; REARDEN STUDIOS LLC, a California limited liability company; REARDEN, INC., a California corporation; and REARDEN PROPERTIES LLC, a California limited liability company, | | Case No.   C 06-07367 MHP |
| | Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING COURT'S ORDER OF AUGUST 23, 2010 STAYING EXECUTION OF JUDGMENT AND APPROVING POSTING OF SUPERSEDEAS BOND** |
| v. | | |
| REARDEN COMMERCE, INC., a California corporation, and DOES 1 through 150, inclusive, | | Dept.:   Courtroom 15, 18th Floor |
| | Defendants. | Before:   Hon. Marilyn H. Patel |

STIP. & [PROP] ORDER MODIFYING COURT ORDER OF AUG. 23, 2010 STAYING EXEC.
OF JUDG. & APPROV. POSTING OF SUPERSEDEAS BOND, CASE NO. C06-07367 MHP
pa-1420609

1   The parties, through their respective undersigned counsel, hereby stipulate pursuant to
2   Local Rule 7-12 and Federal Rule of Civil Procedure 62(d) as follows:
3   WHEREAS, on August 20, 2010, the parties filed a stipulation and proposed order with
4   this Court to stay execution of judgment for payment of costs upon posting of supersedeas bond
5   (Dkt. 288);
6   WHEREAS, the stipulation stated that immediately upon the filing by Plaintiffs of a
7   supersedeas bond in an amount of not less than $35,770.12, the judgment for costs in the amount
8   of $35,770.12 shall be entered in favor of Defendant Rearden Commerce, payment of which to
9   Defendant by Plaintiffs shall be stayed pursuant to FRCP 62(d), until the mandate is issued by the
10  United States Court of Appeals for the Ninth Circuit;
11  WHEREAS, on August 23, 2010, the Court approved the parties' stipulation;
12  WHEREAS, the parties request that the Court modify the August 23, 2010 order to allow,
13  as an alternative, that Plaintiffs may in lieu of the supersedeas bond deposit with the court cash
14  collateral in an amount of not less than $35,770.12;
15  IT IS HEREBY STIPULATED that:
16  The Order of August 23, 2010, may be modified to read as follows: "Immediately upon
17  the filing by Plaintiffs of a supersedeas bond in an amount of not less than $35,770.12, **or upon**
18  **the deposit with the Court of cash or certified funds in an amount of not less than**
19  **$35,770.12,** the judgment for costs in the amount of $35,770.12 shall be entered in favor of
20  Defendant Rearden Commerce, payment of which to Defendant by Plaintiffs shall be stayed
21  pursuant to FRCP 62(d), until the mandate is issued by the United States Court of Appeals for the
22  Ninth Circuit."

STIP. & [PROP] ORDER MODIFYING COURT ORDER OF AUG. 23, 2010 STAYING EXEC.
OF JUDG. & APPROV. POSTING OF SUPERSEDEAS BOND, CASE NO. C06-07367 MHP
pa-1420609

1

| | | |
|---|---|---|
| 1 | Dated: August 30, 2010 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ Douglas L. Hendricks |
| | | DOUGLAS L. HENDRICKS |
| 4 | | |
| | | Attorneys for Plaintiffs |
| 5 | | |
| | Dated: August 30, 2010 | GREENBERG TRAURIG LLP |
| 6 | | |
| 7 | | By: /s/ Kevin J. O'Shea |
| | | KEVIN J. O'SHEA |
| 8 | | |
| | | Attorneys for Defendant |
| 9 | | |

I, Douglas L. Hendricks, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER MODIFYING COURT'S ORDER OF AUGUST 23, 2010 STAYING EXECUTION OF JUDGMENT AND APPROVING POSTING OF SUPERSEDEAS BOND**. In compliance with General Order 45, X.B., I hereby attest that Kevin J. O'Shea has concurred in this filing.

Dated: August 30, 2010                    MORRISON & FOERSTER LLP


                                          By:  /s/ Douglas L. Hendricks
                                               DOUGLAS L. HENDRICKS

                                          Attorneys for Plaintiffs


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/31, 2010

THE HON. MARILYN H. PATEL
U.S. DISTRICT COURT JUDGE

STIP. & [PROP] ORDER MODIFING COURT ORDER OF AUG. 23, 2010 STAYING EXEC. OF JUDG. & APPROV. POSTING OF SUPERSEDEAS BOND, CASE NO. C06-07367 MHP
pa-1420609

2