**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                        SAN JOSE DIVISION

| | |
|---|---|
| REARDEN LLC, a California limited liability company, REARDEN PRODUCTIONS LLC, a California limited liability company; REARDEN STUDIOS LLC, a California limited liability company; REARDEN, INC., a California corporation; and REARDEN PROPERTIES LLC, a California limited liability company,<br><br>                              Plaintiffs,<br>      v.<br><br>REARDEN COMMERCE, INC., a California Corporation,<br><br>                              Defendant. | Case No.: 06-CV-07367-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The parties have filed a stipulation seeking to continue the case management conference set for August 22, 2012. ECF No. 300. The proposed case management conference date of September 5, 2012, is not available. Accordingly, the Court continues the case management conference to October 3, 2012 at 2:00 p.m. The parties shall file a joint case management conference statement no later than September 26, 2012.

**IT IS SO ORDERED.**

Dated: August 16, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 06-CV-07367-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE