J. THOMAS MCCARTHY (SBN 34728)
TMcCarthy@mofo.com
DOUGLAS L. HENDRICKS (SBN 83611)
DHendricks@mofo.com
RACHEL KREVANS (SBN 116421)
RKrevans@mofo.com
JENNIFER LEE TAYLOR (SBN 161368)
JTaylor@mofo.com
CHRISTOPHER J. WIENER (SBN 280476)
CWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiffs
REARDEN LLC; REARDEN PRODUCTIONS LLC; REARDEN STUDIOS LLC; REARDEN, INC.; and REARDEN PROPERTIES LLC

DANIEL T. MCCLOSKEY (SBN 191944)
mccloskeyd@gtlaw.com
GREENBERG TRAURIG LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA  94304
Telephone:  (650) 289-8500
Facsimile:  (650) 328-8508

RICHARD D. HARRIS (admitted *pro hac vice*)
harrisr@gtlaw.com
KEVIN J. O'SHEA (admitted *pro hac vice*)
osheak@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois  60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435

Attorneys for Defendant REARDEN COMMERCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REARDEN LLC, a California limited liability company; REARDEN PRODUCTIONS LLC, a California limited liability company; REARDEN STUDIOS LLC, a California limited liability company; REARDEN, INC., a California corporation; and REARDEN PROPERTIES LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>REARDEN COMMERCE, INC., a California corporation,<br><br>Defendant. | Case No.   5:06-cv-07367-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE** |

Pursuant to Civil Local Rules 6-1(b) and 7-12, Plaintiffs Rearden LLC, Rearden Productions LLC, Rearden Studios LLC, Rearden, Inc., and Rearden Properties LLC, and Defendant Rearden Commerce, Inc., stipulate as follows:

1	WHEREAS the deadline for the parties to serve updated written discovery and document
2	productions is November 15, 2012 (Dkt. 307);
3	WHEREAS the parties will participate in a one-day mediation before the Honorable
4	James Ware on November 30, 2012;
5	WHEREAS an extension of the deadline to serve updated written discovery and document
6	productions would not alter other deadlines;
7	WHEREAS a declaration pursuant to Local Rule 6-2(a) is attached as Exhibit A to this
8	Stipulation; and
9	WHEREAS the parties have agreed to extend the deadline for updated written discovery
10	and document productions until after the mediation.
11	IT IS HEREBY STIPULATED AND AGREED THAT, subject to Court approval, the
12	deadline for serving updated written discovery and document productions currently set for
13	November 15, 2012 shall be continued until December 14, 2012.
14	//
15	//

Dated: November 13, 2012

J. THOMAS MCCARTHY
DOUGLAS L. HENDRICKS
RACHEL KREVANS
JENNIFER LEE TAYLOR
CHRISTOPHER J. WIENER
MORRISON & FOERSTER LLP

By:   /s/ *Jennifer Lee Taylor*
      JENNIFER LEE TAYLOR

425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiffs Rearden LLC, Rearden Productions LLC, Rearden Studios LLC, Rearden, Inc., and Rearden Properties LLC

Dated: November 13, 2012

By:   /s/ *Richard D. Harris*
      Richard D. Harris (admitted *pro hac vice*)

Daniel T. McCloskey
California Bar No.: 191944
      Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 289-7877
Facsimile: (650) 328-8500

Richard D. Harris (admitted *pro hac vice*)
Kevin J. O'Shea (admitted *pro hac vice*)
Jeffrey P. Dunning (admitted *pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435

Attorneys for Defendant Rearden Commerce, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 14, 2012

*(signature: Lucy H. Koh)*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

**ATTESTATION CLAUSE**

I, Jennifer Lee Taylor, am the ECF User whose ID and password are being used to file this **Stipulation and [Proposed] Order Extending Discovery Deadline**. In compliance with Local Rule 5-1(i)(3), I hereby attest that all parties have concurred in this filing.

Dated: November 13, 2012

J. THOMAS MCCARTHY
DOUGLAS L. HENDRICKS
RACHEL KREVANS
JENNIFER LEE TAYLOR
CHRISTOPHER J. WIENER
MORRISON & FOERSTER LLP

By: /s/ *Jennifer Lee Taylor*
Jennifer Lee Taylor

425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522