1

2

3

4

5

6

7

**United States District Court**
For the Northern District of California

8

9

10

11

12

13

14

15

16

17

18

19

20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

REARDEN LLC, a California limited liability company, REARDEN PRODUCTIONS LLC, a California limited liability company; REARDEN STUDIOS LLC, a California limited liability company; REARDEN, INC., a California corporation; and REARDEN PROPERTIES LLC, a California limited liability company,

Plaintiffs,

v.

REARDEN COMMERCE, INC., a California Corporation,

Defendant.

Case No.: 06-CV-07367-LHK

ORDER CONTINUING PRETRIAL CONFERENCE

21

22

23

24

25

26

27

28

On March 7, 2013, Plaintiffs and Defendant filed a joint settlement status report informing the Court that the parties are currently drafting a settlement agreement reflecting their agreed-upon settlement terms, and seeking to stay all presently pending deadlines in this case.  ECF No. 318.

Due to the Court's full law and motion and trial calendars, the Court will not continue the trial date, and DENIES the motion to stay all presently pending deadlines.  However, to give the parties more time to finalize the contemplated settlement, the Court CONTINUES the pretrial conference to April 12, 2013 at 2:00 p.m, and revises the prior case schedule as follows:

1

Case No.: 06-CV-07367-LHK
ORDER CONTINUING PRETRIAL CONFERENCE

1    The parties shall file a settlement status report on March 21, 2013.

2    The parties shall file their motions in limine by March 29, 2013, and their responses by

3    April 5, 2013.

4    All other deadlines will be in accordance with the Court's Pretrial Standing Order.

5    **IT IS SO ORDERED.**

6    Dated: March 8, 2013

     _____
7                                    LUCY H. KOH
                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

Case No.: 06-CV-07367-LHK
ORDER CONTINUING PRETRIAL CONFERENCE