| | |
|---|---|
| J. THOMAS MCCARTHY (SBN 34728)<br>TMcCarthy@mofo.com<br>DOUGLAS L. HENDRICKS (SBN 83611)<br>DHendricks@mofo.com<br>RACHEL KREVANS (SBN 116421)<br>RKrevans@mofo.com<br>JENNIFER LEE TAYLOR (SBN 161368)<br>JTaylor@mofo.com<br>CHRISTOPHER J. WIENER (SBN 280476)<br>CWiener@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Plaintiffs<br>REARDEN LLC; REARDEN PRODUCTIONS LLC;<br>REARDEN STUDIOS LLC; REARDEN, INC.; and REARDEN PROPERTIES LLC | DANIEL T. MCCLOSKEY (SBN 191944)<br>mccloskeyd@gtlaw.com<br>GREENBERG TRAURIG LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94304<br>Telephone:  (650) 289-8500<br>Facsimile:  (650) 328-8508<br><br>RICHARD D. HARRIS (admitted *pro hac vice*)<br>harrisr@gtlaw.com<br>KEVIN J. O'SHEA (admitted *pro hac vice*)<br>osheak@gtlaw.com<br>GREENBERG TRAURIG LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois  60601<br>Telephone:  (312) 456-8400<br>Facsimile:  (312) 456-8435<br><br>Attorneys for Defendant REARDEN COMMERCE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REARDEN LLC, a California limited liability company; REARDEN PRODUCTIONS LLC, a California limited liability company; REARDEN STUDIOS LLC, a California limited liability company; REARDEN, INC., a California corporation; and REARDEN PROPERTIES LLC, a California limited liability company,<br><br>                    Plaintiffs,<br><br>     v.<br><br>REARDEN COMMERCE, INC., a California corporation,<br><br>                    Defendant. | Case No.  5:06-CV-07367-LHK (PSG)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br><br><br>Honorable Lucy H. Koh |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**
**CASE NO. 5:06-cv-07367-LHK (PSG)**
sf-3267682

1  IT IS HEREBY STIPULATED by and between the parties in this action, through their
2  designated counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) the above-
3  captioned action filed by Rearden LLC, Rearden Productions LLC, Rearden Studios LLC,
4  Rearden, Inc., and Rearden Properties, LLC, be and hereby is dismissed with prejudice.
5  The parties shall each bear their own attorney's fees and costs incurred in this action.

6
7  Dated: March 28, 2013              J. THOMAS MCCARTHY
                                      DOUGLAS L. HENDRICKS
                                      RACHEL KREVANS
8                                     JENNIFER LEE TAYLOR
                                      CHRISTOPHER J. WIENER
9                                     MORRISON & FOERSTER LLP

10                                    By:    /s/ *Douglas L. Hendricks*
                                             DOUGLAS L. HENDRICKS
11
                                      425 Market Street
12                                    San Francisco, California 94105-2482
                                      Telephone: (415) 268-7000
13                                    Facsimile: (415) 268-7522

14                                    Attorneys for Plaintiffs Rearden LLC, Rearden
                                      Productions LLC, Rearden Studios LLC, Rearden, Inc.,
15                                    and Rearden Properties LLC

16  Dated: March 28, 2013             By:    /s/ *Richard D. Harris*
                                             Richard D. Harris (admitted *pro hac vice*)
17
18                                    Daniel T. McCloskey
                                      California Bar No.: 191944
19                                           Greenberg Traurig, LLP
                                      1900 University Avenue, 5th Floor
20                                    East Palo Alto, CA 94303
                                      Telephone: (650) 289-7877
21                                    Facsimile: (650) 328-8500

22
                                      Richard D. Harris (admitted *pro hac vice*)
23                                    Herbert H. Finn (admitted *pro hac vice*)
                                      Kevin J. O'Shea (admitted *pro hac vice*)
24                                    James J. Lukas, Jr. (admitted *pro hac vice*)
                                      Greenberg Traurig, LLP
25                                    77 West Wacker Drive, Suite 2500
                                      Chicago, IL 60601
26                                    Telephone: (312) 456-8400
27                                    Facsimile: (312) 456-8435

28                                    Attorneys for Defendant Rearden Commerce, Inc.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**  
**CASE NO. 5:06-cv-07367-LHK (PSG)**                                                   1

sf-3267682

1 | IT IS SO ORDERED.
2 | The Clerk shall close the file.
3 | Dated: April 1, 2013

*/s/ Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

## ATTESTATION CLAUSE

I, Douglas L. Hendricks, am the ECF User whose ID and password are being used to file this **Stipulation of Dismissal with Prejudice**. In compliance with General Order 45, X.B., I hereby attest that all parties have concurred in this filing.

Dated: March 28, 2013

J. THOMAS MCCARTHY
DOUGLAS L. HENDRICKS
RACHEL KREVANS
JENNIFER LEE TAYLOR
CHRISTOPHER J. WIENER
MORRISON & FOERSTER LLP


By:   /s/ *Douglas L. Hendricks*
         DOUGLAS L. HENDRICKS

425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522