| | |
|---|---|
| J. THOMAS MCCARTHY (SBN 34728)<br>TMcCarthy@mofo.com<br>DOUGLAS L. HENDRICKS (SBN 83611)<br>DHendricks@mofo.com<br>RACHEL KREVANS (SBN 116421)<br>RKrevans@mofo.com<br>JENNIFER LEE TAYLOR (SBN 161368)<br>JTaylor@mofo.com<br>CHRISTOPHER J. WIENER (SBN 280476)<br>CWiener@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Plaintiffs<br>REARDEN LLC; REARDEN PRODUCTIONS LLC;<br>REARDEN STUDIOS LLC; REARDEN, INC.; and REARDEN PROPERTIES LLC | DANIEL T. MCCLOSKEY (SBN 191944)<br>mccloskeyd@gtlaw.com<br>GREENBERG TRAURIG LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94304<br>Telephone:  (650) 289-8500<br>Facsimile:  (650) 328-8508<br><br>RICHARD D. HARRIS (admitted *pro hac vice*)<br>harrisr@gtlaw.com<br>KEVIN J. O'SHEA (admitted *pro hac vice*)<br>osheak@gtlaw.com<br>GREENBERG TRAURIG LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois  60601<br>Telephone:  (312) 456-8400<br>Facsimile:  (312) 456-8435<br><br>Attorneys for Defendant REARDEN COMMERCE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REARDEN LLC, a California limited liability company; REARDEN PRODUCTIONS LLC, a California limited liability company; REARDEN STUDIOS LLC, a California limited liability company; REARDEN, INC., a California corporation; and REARDEN PROPERTIES LLC, a California limited liability company,<br><br>                    Plaintiffs,<br><br>          v.<br><br>REARDEN COMMERCE, INC., a California corporation,<br><br>                    Defendant. | Case No.  5:06-CV-07367-LHK (PSG)<br><br>**STIPULATION TO REFUND CASH COLLATERAL AND [PROPOSED] ORDER**<br><br><br><br>Honorable Lucy H. Koh |

1  The parties, through their respective undersigned counsel, hereby stipulate pursuant to
2  Local Rule 7-12 as follows:
3  WHEREAS, on July 2, 2010, the Court entered judgment for Defendant Rearden
4  Commerce, Inc. (Dkt. 282);
5  WHEREAS, Defendant submitted its Bill of Costs on July 16, 2010 (Dkt. 283);
6  WHEREAS, Rearden LLC, Rearden Productions LLC, Rearden Studios LLC, Rearden,
7  Inc., and Rearden Properties LLC ("Plaintiffs") filed a timely Notice of Appeal to the United
8  States Court of Appeals for the Ninth Circuit (Dkt. 284);
9  WHEREAS, on August 30, 2010, the parties stipulated (Dkt. 290) pursuant to Federal
10 Rule of Civil Procedure 62(d) that Plaintiffs could stay execution of judgment for payment of
11 costs upon either posting a supersedeas bond, or depositing with the Court funds, in an amount
12 not less than $35,770.12, and the Court so ordered (Dkt. 291);
13 WHEREAS, on September 8, 2010, Plaintiffs deposited cash collateral with the court in
14 the amount of $35,770.12 (Dkt. 292) with receipt number 34611050351;
15 WHEREAS, on June 27, 2012, the United States Court of Appeals for the Ninth Circuit
16 reversed the Court's grant of summary judgment and remanded for further proceedings, 683 F.3d
17 1190 (9th Cir. 2012); and
18 WHEREAS, on April 1, 2013, the Court granted the parties' stipulated dismissal with
19 prejudice (Dkt. 322);
20 IT IS HEREBY STIPULATED that:
21 There is no longer a need for the Court to maintain the cash collateral deposited by
22 Plaintiffs, and the parties respectfully request the Court refund to Plaintiffs their deposit of
23 $35,770.12.
24
25
26
27
28

**STIPULATION TO REFUND CASH COLLATERAL AND [PROPOSED] ORDER**
**CASE NO. 5:06-cv-07367-LHK (PSG)**
sf-3285987

1

| | | |
|---|---|---|
| 1 | Dated: May 16, 2013 | J. THOMAS MCCARTHY |
| 2 | | DOUGLAS L. HENDRICKS |
| | | RACHEL KREVANS |
| 3 | | JENNIFER LEE TAYLOR |
| | | CHRISTOPHER J. WIENER |
| 4 | | MORRISON & FOERSTER LLP |

By:     /s/ *Douglas L. Hendricks*
            DOUGLAS L. HENDRICKS

425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiffs Rearden LLC, Rearden Productions LLC, Rearden Studios LLC, Rearden, Inc., and Rearden Properties LLC

Dated:  May 16, 2013         By:     /s/ *Kevin J. O'Shea*
                                         Kevin J. O'Shea (admitted *pro hac vice*)

Daniel T. McCloskey
California Bar No.:  191944
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA  94303
Telephone:  (650) 289-7877
Facsimile:  (650) 328-8500

Richard D. Harris (admitted *pro hac vice*)
Herbert H. Finn (admitted *pro hac vice*)
Kevin J. O'Shea (admitted *pro hac vice*)
James J. Lukas, Jr. (admitted *pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL  60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435

Attorneys for Defendant Rearden Commerce, Inc.

IT IS SO ORDERED.

Dated:  May 17, 2013

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

**STIPULATION TO REFUND CASH COLLATERAL AND [PROPOSED] ORDER**
**CASE NO. 5:06-cv-07367-LHK (PSG)**
sf-3285987

2

## ATTESTATION CLAUSE

I, Douglas L. Hendricks, am the ECF User whose ID and password are being used to file this **Stipulation to Refund Cash Collateral**. In compliance with Local Rule 5-1(i), I hereby attest that all parties have concurred in this filing.

Dated:  May 16, 2013

J. THOMAS MCCARTHY
DOUGLAS L. HENDRICKS
RACHEL KREVANS
JENNIFER LEE TAYLOR
CHRISTOPHER J. WIENER
MORRISON & FOERSTER LLP


By:  /s/ *Douglas L. Hendricks*
         DOUGLAS L. HENDRICKS

425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

STIPULATION TO REFUND CASH COLLATERAL AND [PROPOSED] ORDER
CASE NO. 5:06-cv-07367-LHK (PSG)

3

sf-3285987