| | |
|---|---|
| J. THOMAS MCCARTHY (SBN 34728) <br> TMcCarthy@mofo.com <br> DOUGLAS L. HENDRICKS (SBN 83611) <br> DHendricks@mofo.com <br> RACHEL KREVANS (SBN 116421) <br> RKrevans@mofo.com <br> JENNIFER LEE TAYLOR (SBN 161368) <br> JTaylor@mofo.com <br> CHRISTOPHER J. WIENER (SBN 280476) <br> CWiener@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br><br> Attorneys for Plaintiffs <br> REARDEN LLC; REARDEN PRODUCTIONS LLC; REARDEN STUDIOS LLC; REARDEN, INC.; and REARDEN PROPERTIES LLC | DANIEL T. MCCLOSKEY (SBN 191944) <br> mccloskeyd@gtlaw.com <br> GREENBERG TRAURIG LLP <br> 1900 University Avenue, 5th Floor <br> East Palo Alto, CA  94304 <br> Telephone:  (650) 289-8500 <br> Facsimile:  (650) 328-8508 <br><br> RICHARD D. HARRIS (admitted *pro hac vice*) <br> harrisr@gtlaw.com <br> KEVIN J. O'SHEA (admitted *pro hac vice*) <br> osheak@gtlaw.com <br> GREENBERG TRAURIG LLP <br> 77 West Wacker Drive, Suite 3100 <br> Chicago, Illinois  60601 <br> Telephone:  (312) 456-8400 <br> Facsimile:  (312) 456-8435 <br><br> Attorneys for Defendant REARDEN COMMERCE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REARDEN LLC, a California limited liability company; REARDEN PRODUCTIONS LLC, a California limited liability company; REARDEN STUDIOS LLC, a California limited liability company; REARDEN, INC., a California corporation; and REARDEN PROPERTIES LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> REARDEN COMMERCE, INC., a California corporation, <br><br> Defendant. | Case No.  5:06-CV-07367-LHK (PSG) <br><br> **STIPULATION TO REFUND DEPOSITS AND [PROPOSED] ORDER** <br><br><br> Honorable Lucy H. Koh |

1    The parties, through their respective undersigned counsel, hereby stipulate pursuant to
2 Local Rule 7-12 as follows:
3    WHEREAS, on May 17, 2013, the Court granted the parties' stipulation to refund
4 Plaintiffs' Cash Collateral deposited as an appellate bond (Dkt. No. 324);
5    WHEREAS, on June 18, 2013, the Clerk's Office Administration Department of the
6 United State District Court for the Northern District of California informed Plaintiffs that there
7 were additional funds in Plaintiffs' account deposited pursuant to a different Order (Dkt. No. 77),
8 but that these additional funds could not be released without a further Order from this Court;
9    WHEREAS, the Clerk's Office further informed Plaintiffs that the funds were deposited
10 under this case's old case number and that the funds could not be released under the Court's May
11 17 Order due to this discrepancy; and
12    WHEREAS, on April 1, 2013, the Court granted the parties' stipulated dismissal with
13 prejudice (Dkt. 322);
14    IT IS HEREBY STIPULATED that:
15    There is no longer a need for the Court to maintain any funds deposited by Plaintiffs, and
16 the parties respectfully request the Court refund to Plaintiffs all funds currently on deposit with
17 the Court plus any accrued interest.  For the removal of doubt, this Order applies to funds
18 deposited under either of the numbers assigned to this case: 5:06-CV-07367 or 3:06-CV-07367.
19    //
20    //

| | | |
|---|---|---|
| 1 | Dated: June 21, 2013 | J. THOMAS MCCARTHY |
| 2 | | DOUGLAS L. HENDRICKS |
| | | RACHEL KREVANS |
| 3 | | JENNIFER LEE TAYLOR |
| | | CHRISTOPHER J. WIENER |
| 4 | | MORRISON & FOERSTER LLP |

By:    /s/ *Douglas L. Hendricks*
          DOUGLAS L. HENDRICKS

425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiffs Rearden LLC, Rearden Productions LLC, Rearden Studios LLC, Rearden, Inc., and Rearden Properties LLC

Dated: June 21, 2013

By:    /s/ *Kevin J. O'Shea*
          Kevin J. O'Shea (admitted *pro hac vice*)

Daniel T. McCloskey
California Bar No.:  191944
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA  94303
Telephone:  (650) 289-7877
Facsimile:  (650) 328-8500

Richard D. Harris (admitted *pro hac vice*)
Herbert H. Finn (admitted *pro hac vice*)
Kevin J. O'Shea (admitted *pro hac vice*)
James J. Lukas, Jr. (admitted *pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL  60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435

Attorneys for Defendant Rearden Commerce, Inc.

IT IS SO ORDERED.

Dated:  June 24, 2013

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

**STIPULATION TO REFUND DEPOSITS AND [~~PROPOSED~~] ORDER**
**CASE NO. 5:06-cv-07367-LHK (PSG)**
sf-3300386

2